# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO ZAMORA DEL CASTILLO,

    *Petitioner*,

vs.

JANET NAPOLITANO, *et al.,*

    *Respondents*.

2:12-cv-01387-JCM-PAL

ORDER

The represented petitioner has filed a habeas petition under 28 U.S.C. § 2241 seeking to challenge his detention by immigration authorities without either paying the filing fee or filing an application to proceed *in forma pauperis*.  Given the nature of the petition presented, it does not appear that a dismissal without prejudice of this improperly-commenced action will constitute the functional equivalent of a dismissal with prejudice.

IT THEREFORE IS ORDERED that this action is DISMISSED without prejudice to the filing of a new petition in a new action under a new docket number accompanied by either the required filing fee or a properly completed application to proceed *in forma pauperis*.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: August 15, 2012.

_____
JAMES C. MAHAN
United States District Judge