# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO ZAMORA DEL CASTILLO,

    *Petitioner*,

vs.

JANET NAPOLITANO, *et al.,*

    *Respondents*.

2:12-cv-01387-JCM-PAL

ORDER

This closed immigration habeas action comes before the court on respondents' motion (#6) to permit appearance by counsel with the Department of Justice as additional counsel.

The motion was filed after the case was dismissed without prejudice to refiling in a new action, after the appeal time had run, with no post-judgment motion pending, and after the new refiled action had been filed. Subsequently, the refiled action in No. 2:12-cv-01359 has been dismissed voluntarily. The motion does not explain why enrolling additional counsel in this closed action was necessary in the first instance, but it would appear that any such *arguendo* necessity has been mooted by the subsequent dismissal of the refiled action.

IT THEREFORE IS ORDERED that the motion (#6) to permit appearance is DENIED without prejudice.

DATED: April 10, 2013.

_____
JAMES C. MAHAN
United States District Judge